UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE WARREN,

    Plaintiff,

  v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

CIVIL ACTION NO. 04-71589

HON. JOHN CORBETT O'MEARA

**ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S**
**REPORT AND RECOMMENDATION**

The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept 8, 1998), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED.**

                           **s/John Corbett O'Meara**
                           **John Corbett O'Meara**
                           **United States District Judge**

**Dated: May 27, 2005**

Copies: Lisa Watkinson, Janet Parker